UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARIETTA NEAR,

     Plaintiff,                                Case No. 13-cv-13227

v.                                       HONORABLE STEPHEN J. MURPHY, III

COMMISSIONER OF SOCIAL
SECURITY,

     Defendant.

_____/

**ORDER ADOPTING REPORT AND
RECOMMENDATION** (document no. 12)**, GRANTING THE
COMMISSIONER OF SOCIAL SECURITY'S MOTION FOR SUMMARY
JUDGMENT** (document no. 11)**, DENYING THE PLAINTIFF'S MOTION FOR
SUMMARY JUDGMENT** (document no. 10)**, AND DISMISSING THE COMPLAINT**

On June 9, 2014, the magistrate judge issued a report and recommendation ("Report") concerning the plaintiff's appeal of the Commissioner of Social Security's decision to deny her Social Security benefits. Report, ECF No. 12. The Report recommended granting the Commissioner's motion for summary judgment, denying the plaintiff's motion for summary judgment, and dismissing the complaint. No party filed timely objections to the Report. *See* Fed. R. Civ. P. 72(b)(2). Although a court must review timely and specific objections to a magistrate judge's report and recommendation, a court may adopt, reject, or amend the portions of a report and recommendation to which no party properly objects. *See* Fed. R. Civ. P. 72(b)(3); *Thomas v. Arn*, 474 U.S. 140, 150 (1985). Having reviewed the Report, the Court will adopt it and follow its recommendations.

**ORDER**

**WHEREFORE**, it is hereby **ORDERED** that the Report (document no. 12) is **ADOPTED**.

**IT IS FURTHER ORDERED** that the Commissioner's motion for summary judgment (document no. 11) is **GRANTED**.

**IT IS FURTHER ORDERED** that the plaintiff's motion for summary judgment (document no. 10) is **DENIED**.

**IT IS FURTHER ORDERED** that the complaint is **DISMISSED WITH PREJUDICE**.

**SO ORDERED**.


s/Stephen J. Murphy, III
STEPHEN J. MURPHY, III
United States District Judge

Dated: July 7, 2014

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 7, 2014, by electronic and/or ordinary mail.

s/Carol Cohron
Case Manager

2